**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
2011 OCT -7 AM 11:50

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CLAUDIA IVETH SOTO-LOPEZ(1),<br><br>　　　　　　　　Defendant. | CASE NO. 11CR3657-L<br><br>BY_____DEPUTY<br><br>**JUDGMENT OF DISMISSAL** |

　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__ an indictment has been filed in case 11cr4102-L against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

21:952 and 960

---

　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged as to this case only.

DATED: 9/28/2011

　　　　　　　　　　　　　　　　　　*/s/ Barbara L. Major*
　　　　　　　　　　　　　　　　　　BARBARA L. MAJOR
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE